UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KATHY WU AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY
SITUATED,

                              Plaintiffs,        Index No.: 1:18-cv-05647-KAM-RER

-against-

WOLFFER ESTATE VINEYARD, INC.,

                              Defendant.

---------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: _____3/15_____ 2019
New York, New York

_____
Bradly G. Marks, Esq.
THE MARKS LAW FIRM, PC
175 Varick St., 3rd Floor
New York, New York 10014
Tel: (646) 770-3775
brad@markslawpc.com
*Attorneys for Plaintiffs*

Dated: __3/27__ 2019
Melville, New York

_____
Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
631.247.0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED:

Dated: Brooklyn, New York

_____, 2019

_____
United States District Judge

4845-1981-4025, v. 1